AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DEREK SCOTT, et al.,

                Plaintiffs,

              v.

ROY ODUM, Warden Ware State Prison, et al.,

              Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:
          5:23-cv-043

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 11, 2023, Plaintiffs' complaint is dismissed without prejudice, and this case stands closed.

Approved by: _____

              **HON. LISA GODBEY WOOD, JUDGE**
              **UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF GEORGIA**

_____September 12, 2023_____
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020