# In the United States District Court for the Southern District of Georgia Waycross Division

```
DEREK SCOTT, et al.,

     Plaintiffs,

v.                                          CV 523-043

ROY ODUM, Warden Ware State
Prison, et al.,

     Defendants.
```

**ORDER**

By Order dated August 22, 2023, the Court gave Plaintiffs fourteen (14) days to show cause why they have not informed the Court of their new mailing address. Dkt. No. 5; S.D. Ga. L.R. 11.1 ("Each . . . *pro se* litigant has a continuing obligation to apprise the Court of any address change"). The Court warned Plaintiffs that their "failure to respond to this Court's Order or to otherwise show cause why this case should not be dismissed shall result in the dismissal of this cause of action without prejudice." Dkt. No. 5; see also Wilson v. Farley, 203 F. App'x 239, 250 (11th Cir. 2006) ("A district court retains the inherent authority to manage its own docket."). Plaintiffs filed no response, and the Court dismissed this case without prejudice on September 11, 2023. Dkt. No. 6.

The following day, Plaintiffs filed a motion for reconsideration, stating that the Court has their correct mailing address, and that the returned mail was due to a U.S. Postal Service error. Dkt. No. 8.

After careful consideration, the Court **GRANTS** Plaintiffs' motion for reconsideration. Id. The Clerk is **DIRECTED** to reopen this case, as well as Plaintiff Derek Scott's motion for leave to proceed *in forma pauperis*, dkt. no. 2.

**SO ORDERED**, this __16__ day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2