# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| DEREK SCOTT, and THE ESTATE OF ROBERT D. SCOTT, <br><br> Plaintiffs, <br><br> v. <br><br> ROY ODUM, et al., <br><br> Defendants. | CIVIL ACTION NO.: 5:23-cv-43 |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Plaintiffs did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court and **DISMISS** Plaintiffs' claims against Defendants Odom, Wicker, Stubbs, and Baker. Plaintiffs' claims against Defendants Bytnar, Carter, Griner, James, Parks, Sells, Smith, Steedley, Steele, and Turner remain pending. Id.; Dkt. No. 15.

**SO ORDERED**, this 13 day of December, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA