# In the United States District Court for the Southern District of Georgia Waycross Division

```
DEREK SCOTT, et al.,

    Plaintiffs,

v.                                    CV 523-043

MICHAEL BYTNAR, et al.,

    Defendants.
```

### ORDER

On February 3, 2025, Plaintiff was ordered to show cause for his failure to prosecute. Dkt. No. 56. Plaintiff has filed no response, and the time for doing so has passed. Accordingly, this action is **DISMISSED without prejudice**. Brown v. Tallahassee Police Dep't, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (citing Fed. R. Civ. P. 41(b))); see also id. (stating that the district court's "power to dismiss is an inherent aspect of its authority to enforce its orders and ensure prompt disposition of lawsuits" (quoting Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983))). Defendants' motion to dismiss, dkt. no. 55, is therefore **DENIED as moot**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this __21__ day of February, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA