AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEREK SCOTT, et al.,

    Plaintiffs,

v.

MICHAEL BYTNAR, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 5:23-043

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 21, 2025, Plaintiff's civil action is dismissed without prejudice for failure to prosecute and failure to obey a court order. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: February 24, 2025

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020